# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:05CR207 |
| vs. | ) | |
| | ) | ORDER |
| ANGELICA M. ALANIZ-AGUILAR, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [23]. The defendant has filed a waiver of speedy trial [24]. For good cause shown,

**IT IS ORDERED** that the motion to continue trial [23] is granted, as follows:

1. Trial is hereby continued from July 11, 2006 to **August 1, 2006**, before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **July 11, 2006 and August 1, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel need additional time for effective preparation, taking into account the exercise of due diligence. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. Counsel for the United States shall confer with defense counsel and, no later than **July 25, 2006**, advise the court of the anticipated length of trial.

**DATED July 7, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**