## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:05CR207 |
| vs. | ) ) | ORDER |
| ANGELICA M. ALANIZ-AGUILAR, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on the defendant's Motion to Continue Trial [27]. The defendant was already given one substantial continuance in order to complete plea negotiations. Under the circumstances, a continuance to Monday, August 7, 2006 can be granted. No further continuances will be granted absent a showing of extraordinary circumstances.

**IT IS ORDERED** that the motion to continue trial [27] is granted, as follows:

1. Trial is hereby continued from **August 1, 2006** to Monday, **August 7, 2006**, before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **August 1, 2006 and August 7, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel need additional time for effective preparation, taking into account the exercise of due diligence. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Counsel for the United States shall confer with defense counsel and, no later than **August 1, 2006**, advise the court of the anticipated length of trial.

DATED July 27, 2006.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**